# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: September 6, 2019

```
* * * * * * * * * * * * * * * * * * * * * * * * *
KATHLEEN FOX,                    *
                                 *    No. 17-1738V
                                 *
            Petitioner,          *    Special Master Sanders
v.                               *
                                 *
SECRETARY OF HEALTH              *    Stipulation for Award; Influenza
AND HUMAN SERVICES,              *    ("flu") Vaccine; Guillain-Barré
                                 *    Syndrome ("GBS").
                                 *
            Respondent.          *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

<u>Robert P. Goodwin</u>, Walsh Roberts & Grace, Buffalo, NY, for Petitioner.
<u>Darryl R. Wishard</u>, United States Department of Justice, Washington, DC, for Respondent.

### DECISION[1]

On November 6, 2017, Kathleen Fox ("Petitioner") filed a petition for compensation pursuant to the National Vaccine Injury Compensation Program.[2] 42 U.S.C. §§ 300aa-10 to -34 (2012). Petitioner alleged that the influenza ("flu") vaccine she received on March 16, 2016, caused her to suffer from Guillain-Barré Syndrome ("GBS"). *See* Stip. at 1, ECF No. 33. Petitioner further alleged that she experienced the residual effects of her injury for more than six months. *Id.*

On September 6, 2019, the parties filed a stipulation in which they state that a decision should be entered awarding compensation to Petitioner. *Id.* at 2. Respondent denies that the flu vaccine caused or aggravated Petitioner's alleged GBS, or any other injury. *Id.* Nevertheless, the parties agree to the joint stipulation, attached hereto as Appendix A. I find the stipulation reasonable and adopt it as the decision of the Court in awarding damages, on the terms set forth therein.

---

[1] This Decision shall be posted on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2012)). **This means the Decision will be available to anyone with access to the Internet.** As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).

[2] National Childhood Vaccine Injury Act of 1986, Pub L. No. 99-660, 100 Stat. 3755.

The parties stipulate that Petitioner shall receive the following compensation:

> **(a.) A lump sum of $130,000.00, in the form of a check payable to [P]etitioner; and**
>
> **(b.) A lump sum of $12,550.83, which amount represents payment of a Medicaid lien for services rendered to [P]etitioner, in the form of a check payable jointly to [P]etitioner and New York State Department of Health, P.O. Box 415874, Boston, MA 02241-5874, Case # 198615. Petitioner agrees to endorse this payment to the New York State Department of Health.**
>
> **These amounts represent compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a), including pain and suffering and past expenses.**

*Id.*

I approve the requested amount for Petitioner's compensation. Accordingly, an award should be made consistent with the stipulation.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of Court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[3]

**IT IS SO ORDERED.**

s/Herbrina D. Sanders
Herbrina D. Sanders
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.